Order entered October 9 , 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00575-CV

**BETTER BUSINESS BUREAU OF METROPOLITAN DALLAS, INC., Appellant**

**V.**

**LLOYD WARD & ASSOCIATES P.C. AND LLOYD WARD, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03357-C**

## ORDER

The Court has before it appellant's October 5, 2012 unopposed motion to extend the deadline for appellant to respond to appellee's motion to dismiss. The Court **GRANTS** the motion and **ORDERS** appellant to file a response to the motion to dismiss by October 22, 2012.

MOLLY FRANCIS
JUSTICE